UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
7-6-2009
JUL 6 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Devonne Reed # K-74539

P.O Box 711

Centralia, IL 62801

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago police Department

Frank Scarabia # 14335

Todd Olsen # 13041

J.E Wrigley # 7179

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case 09CV4064
JUDGE DER-YEGHIAYAN
MAG. JUDGE BROWN

(To

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Devonne Reed

    B. List all aliases: _____

    C. Prisoner identification number: K-74539

    D. Place of present confinement: Centralia C.C. P.O Box 7711

    E. Address: Centralia, IL 62801

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Todd Olsen #13041

    Title: Chicago police officer

    Place of Employment: Chicago police Department 010 District

    B. Defendant: Frank Scarabia #14335

    Title: Chicago police officer

    Place of Employment: Chicago police Department 010 District

    C. Defendant: J.E. Wrigley #7179

    Title: Chicago police officer

    Place of Employment: Chicago police Department 010 District

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____ NoNE _____

    B. Approximate date of filing lawsuit: _____ NoNE _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ NoNE _____

    D. List all defendants: _____ NoNE _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ NoNE _____

    F. Name of judge to whom case was assigned: _____ NoNE _____

    G. Basic claim made: _____ NoNE _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ NoNE _____

    I. Approximate date of disposition: _____ NoNE _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9-6-07 at 3101 West Roosevelt Rd the hour of 11:30 Officers from the 10th District use extremely excessive force on plintiff Devonne Reed. Officer Olsen, Sarabia and wrigley pulled up in a unmarked chicago police car and began to push me around, then officer Sarabia grab me forceing me down to the ground and proceeded to choke me in a head lock, while officer wrigley held his knee on me and placing hand cuffs on me. Before that i didn't put on no resistances. After being place in cuffs officer put me in the car and walk off talking on the phone. Officer Frank Sarabia came back saying that "he finally got me now". Then he turn back around and started walking back toward the other (2) two officer and started talking and that's when i jump out the car and ran west bound toward Troy cause i was scared for my life. I also jump out because i I'm a witness to a murder that the police did and I'm also in the newspaper for it, while still hand cuffs officer found me in a vacant lot between Troy and Kedzie of a alley in a abandoned automobile. Officer Sarabia pulled me out of the abandoned car and told me to get on the ground

4

Revised 9/2007

which i did and officer Sarabia started using O/c spray on me saying stop resistance which i wasn't. He started spraying in my face and ears also lifting my pants and spraying in my underwears. While Sarabia spraying he reach down and started hiting me with a close fist and officer wrigley beggin to hit me with his paton all over my body and stepping on my back. Then officer Olsen and wrigley snach me by the arms and was leading me to a park paddy wagon then the officer let me go and i fell on a wooden gate. Officer Sarabia and wrigley pick me back up and that's when officer Olsen struck me in the face a few times with his fist then Olsen started to laugh and use his cell phone to take pictures of me. That's when i heard people yelling at the officers. They threw me in the wagon and some other officers had transported me to the 10th District. During the ride i was yelling to the officer i couldn't breath and to take me to the hospital but i was refuse to give me medical treatment. So i started using toilet water to get the spray of me. During the 20 or 30 mintues that i been there in the 10th district, OPS came and toke pictures of me and a statement of what happen. OPS known as the Independence Review board stated that they recieve the call from Citizens in the area and they immediately came to investigate. During there investigation they recoverd video camera which was recorded on a cell phone of a citizen and numerous of statements from different citizen in the area who witness the excessive force act of the officers.

5

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For the injuries sustained by defendants Olsen, Serabia and wrigley action by defendants to deprive rights. The plintiff Demands a Sum of $7.500.000 Servel and jointly for the action of defendants. All in punitive, Compensatory, monatory Damages. ECT:

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this June day of 26, 20 09

Devonne Reed
(Signature of plaintiff or plaintiffs)

Devonne Reed
(Print name)

K-74539
(I.D. Number)

P.O. Box 711

Centralia, IL 62801
(Address)

6                                                                Revised 9/2007