# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4064 | **DATE** | 9/29/2009 |
| **CASE TITLE** | Devonne Reed (K-74539) vs. Chicago Police Department, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [7] is denied. Plaintiff's motion for extension of time to file his complaint [8] is denied as moot.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

    This matter is before the Court on Plaintiff Devonne Reed's (Reed) motion for leave to proceed *in forma pauperis*. On July 29, 2009, we denied Plaintiff Devonne Reed's (Reed) motion for leave to proceed *in forma pauperis*. We also gave Reed until August 20, 2009, to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form and we warned Reed that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by August 20, 2009, this action would be dismissed.

    On August 25, 2009, the Court dismissed this action due to Reed's failure to pay the filing fee or submit a new *in forma pauperis* application form by the August 20, 2009, deadline. The docket reflects that Reed filed the instant motion for leave to proceed *in forma pauperis* on August 24, 2009, after the Court's deadline.

    Depite our prior dismissal of Reed's claim, and in view of the fact that Reed is proceeding *pro se*, we have reviewed Reed's new *in forma pauperis* application form and have considered it as a motion to reinstate. Reed has again failed to provide sufficient information concerning his financial status and has not

**STATEMENT**

properly completed his *in forma pauperis* application form. For example, Reed indicates that he is incarcerated, but Reed fails to indicate whether he receives payment from the institution in which he is incarcerated. (IFP Par. 1). Thus, Reed has not properly completed the instant *in forma pauperis* application form. Therefore, there is no basis to reinstate this action and Reed's motion is denied. Reed has also filed a motion for an extension of time to file his complaint. We deny that motion as moot.